ORIGINAL

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
E-FILING

2007 OCT 25  A 9: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00675 JF HRL |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1708 – Theft of United States Mail; 18 U.S.C. § 2 – Aiding and Abetting |
| v. | |
| DAVID HINKEL and JEFFREY RYAN SMITH, | |
| Defendants. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

Beginning in or about and between April 2004 and March 2005, in the Northern District of California, the defendants,

DAVID HINKEL and
JEFFREY RYAN SMITH,

did: (1) steal letters, postal cards, and other mail from and out of a letter box, mail receptacle, and other authorized depository for mail matter; (2) steal letters, postal cards, and other mail that had been left for collection upon and adjacent to a collection box and other authorized depository for mail matter; and (3) buy, receive, conceal, and unlawfully

INFORMATION

1  possess letters, postal cards, and other mail, including articles and things contained
2  therein, that had been stolen, taken, embezzled, and abstracted, knowing the same to have
3  been stolen, taken, and abstracted without the consent of the addressee.
4      All in violation of Title 18, United States Code, Sections 1708 and 2.
5  DATED: 10/24/2007

                    SCOTT N. SCHOOLS
                    United States Attorney

                    /s/ David R. Callaway
                    DAVID R. CALLAWAY
                    Deputy Chief, San Jose Branch Office

11 (Approved as to form: _____)
                    AUSA Singh

INFORMATION                         2

E-FILING

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

**OFFENSE CHARGED**

Title 18, U.S.C. § 1708 - Theft of United States Mail

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 year imprisonment, $250,000 fine
3 years supervised release, $100 special assessment fee

**DEFENDANT - U.S.**
2007 OCT 25  A 9:16

DAVID HINKEL

RICHARD W. WIEKING
**DISTRICT COURT NUMBER**
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR 07 00675 HRL  JF

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

U.S. POSTAL SERVICE / SA BYRON DARE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70354 PVT

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  CARLOS SINGH

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  }  If "Yes" give date filed _____  Month/Day/Year

DATE OF ARREST ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 25 A 9:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

### OFFENSE CHARGED

Title 18, U.S.C. § 1708 - Theft of United States Mail

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 year imprisonment, $250,000 fine
3 years supervised release, $100 special assessment fee

**DEFENDANT**
▶ JEFFREY RYAN SMITH

DISTRICT COURT NUMBER
CR 07 00675 JF HRL

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

U.S. POSTAL SERVICE / SA BYRON DARE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70354 PVT

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
CARLOS SINGH

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: