AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_NORTHERN_ DISTRICT OF _CALIFORNIA_

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JEFFREY R. SMITH | WAIVER OF INDICTMENT<br><br>CASE NUMBER: CR 07-00675 JF HRL |

I, _JEFFREY R. SMITH_, the above named defendant, who is accused of

_18 USC 1708_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _OCT. 25, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
OCT 25 2007
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer