# UNITED STATES DISTRICT COURT

for the

## Northern District of California

FILED
DEC 07 2007
CLERK
NORTHERN...

U.S.A. vs Jeffrey Ryan Smith             Docket 5:07-CR-00675-JF

**Petition for Arrest Warrant and Supporting Affidavit**

I, Laura Weigel, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. The above-referenced defendant is charged in an Information with a violation of Title 18, United States Code, Section 1708-Theft of United States Mail and a violation of Title 18, United States Code Section 2-Aiding and Abetting.

2. On June 21, 2007, the defendant was released on a $50,000 secured bond and special conditions including, but not limited to, report to Pretrial Services as directed.

3. On August 20, 2007, the Court modified the bond, adding special conditions which relate to the defendant abstaining from drugs/controlled substances and ordering the defendant to submit to random drug testing.

4. On December 3, 2007, the defendant failed to report to Pretrial Services in San Jose, CA for a scheduled drug test.

5. On December 5, 2007, Pretrial Services verified with defense counsel, Scott Furstman, that the defendant was arrested and that he remains in custody in Santa Clara County. Furthermore, Mr. Furstman noted that a Parole hold may been lodged against the defendant.

6. Pretrial Services is in the process of obtaining additional information. However, we have verified with the Santa Clara County District Attorney's Office that the defendant is in custody, that bail is set at $75,000 and that a future court date is set on December 12, 2007. Mr. Smith is charged with violations relating to vehicle theft, burglary, possession of burglary tools, receiving stolen property and resisting a peace officer. Based on the above, we respectfully recommend that a warrant be issued.

| Page Two - Petition for Arrest Warrant and Supporting Affidavit | Re: Smith, Jeff Docket No.: 5:07-CR-00675-JF |
|---|---|

Based on the foregoing, there is probable cause to believe that Jeff Smith violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

*[signature]*

Laura Weigel
U.S. Pretrial Services Officer

Reviewed by:

*[signature]*

Jaime Carranza
Officer in Charge
U.S. Pretrial Services Officer

Place **San Jose, California**
Date **December 6, 2007**

---

Having considered the information set forth above,

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his bail should not be revoked.

❏ Other:

12/6/07
Date

*[signature]*
Honorable Patricia V. Trumbull
U.S. Magistrate Judge