**E-filed 12/12/07**

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HINKEL

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )    No. CR 07-00675 JF
                                    )
12              Plaintiff,          )    **STIPULATION TO CONTINUE
                                    )    STATUS HEARING; [PROPOSED]**
13 v.                               )    **ORDER**
                                    )
14 DAVID HINKEL, et al,             )
                                    )
15              Defendant.          )
   _____)

16

17                         **STIPULATION**

18     Defendants, David Hinkel and Jeffrey Smith, and the government, through their

19 respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the

20 above-captioned matter, presently scheduled for Wednesday, December 12, 2007, at 9:00 a.m.,

21 may be continued to Wednesday, December 19, 2007, at 9:00 a.m.  The continuance is being

22 requested due to unavailability of David Hinkel's defense counsel.

23     The parties further agree and stipulate that time should be excluded from and including

24 December 12, 2007 through and including December 19, 2007, to provide counsel reasonable

25 time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

26 Accordingly, the United States and the defendant agree that granting the requested exclusion of

1  time will serve the interest of justice and outweigh the interest of the public and defendant in a

2  speedy trial.

3  Dated: December 7, 2007

4                                                    _____/s/_____
                                                     NICHOLAS P. HUMY
                                                     Assistant Federal Public Defender
5
   Dated: December 7, 2007
6                                                    _____/s/_____
                                                     SCOTT FURSTMAN
7                                                    Defense counsel for Jeffrey Smith

8  Dated: December 7, 2007

9                                                    _____/s/_____
                                                     CARLOS SINGH
                                                     Assistant United States Attorney
10

11

12                                          **ORDER**

13       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

14  sentencing hearing in the above-captioned matter shall be continued from December 12, 2007 to

15  December 19, 2007 at 9:00 a.m. as well as the period of delay from December 12, 2007, to and

16  including December 19, 2007, be excluded for purposes of Speedy Trial Act computations

17  pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

18

19
   Dated: December 12, 2007
20                                                    _____
                                                      JEREMY FOGEL
21                                                    United States District Judge

22

23

24

25

26