UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, January 23, 2008
**Case Number:** CR-07-00675-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. DAVID HINKEL, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) David Hinkel |
|  | 2) Jeffrey Smith |
| Attorneys Present: Jeffrey Nedrow | Attorneys Present: Nick Humy |
|  | Scott Furstman |

PROCEEDINGS:

    Further status review hearing held. Counsel and defendant 1) David Hinkel are present. Defendant 2) Jeffrey Smith is not present (in state custody). Continued to 3/5/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.