1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH, (CABN 163973)
3  Chief, Criminal Division

4  CARLOS SINGH (PABN 50581)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5065
7      Fax: (408) 535-5066
       Email: carlos.singh@usdoj.gov
8
   Attorneys for Plaintiff
9



10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )   NO. CR 07-00675-JF
14                                  )
          Plaintiff,                )
15                                  )   **PETITION FOR AND WRIT
                                    )   OF HABEAS CORPUS
16     v.                           )   AD PROSEQUENDUM**
                                    )
17  JEFFREY RYAN SMITH,              )   Date: March 5, 2008
                                    )   Time: 9:00 am
18        Defendant.                )
                                    )
19

20  TO:   The Honorable Howard Lloyd, United States Magistrate Judge of the
          United States District Court for the Northern District of California:
21

22        The petition of Carlos Singh, Assistant United States Attorney, respectfully

23  requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person

24  JEFFREY RYAN SMITH, CDC# FQ16515, of whose place of custody and jailor are set

25  forth in the requested Writ, attached hereto.

26

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

1   WHEREFORE, your petitioner prays that this Honorable Court do forthwith order
2   that the attached Writ of Habeas Corpus Ad Prosequendum issue the Writ as presented.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

7   DATED:    January 29, 2008

CARLOS SINGH
Assistant United States Attorney

10   Based upon the application of the United States Attorney set forth above, and good cause
11   appearing therefore, the application for a petition directing the issuance of a Writ of Habeas
12   Corpus Ad Prosequendum requiring the production of JEFFREY RYAN SMITH, CDC#
13   FQ16515, forthwith for hearings on this federal prosecution before the Honorable Jeremy Fogel
14   on March 5, at 9:00 a.m., is granted.

16   IT IS SO ORDERED.

18   DATED:   1/29/08

HOWARD LLOYD
United States Magistrate Judge

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

## TO THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Jailer, Santa Clara County Jail.

### GREETINGS

We command that on March 5, 2008 at 9:00a.m., you have and produce the body of JEFFREY RYAN SMITH, CDC# FQ16515, in your custody, at the United States District Court, 280 S. First Street, San Jose, California, 5th Floor, Courtroom #3, for hearings and prosecution of this matter before District Judge Jeremy Fogel. We further command that at the conclusion of the hearing on March 5, 2008, you retain said prisoner in federal custody, abide be all orders of the Court, and produce said prisoner at all times necessary until the termination of this case.

WITNESS the Honorable Howard Lloyd, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: JAN 30 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM