JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00675 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2008 TO MARCH 5, 2008, and FEBRUARY 1, 2008 TO MARCH 5, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| v. | |
| DAVID HINKEL, and JEFFREY RYAN SMITH, | |
| Defendants. | |

     On January 30, 2008, defendant Smith appeared for a hearing before the Honorable Patricia V. Trumbull on a writ of habeas corpus issued on January 29, 2008.  At that time, the Court set the matter for a status hearing on March 5, 2008.  The parties stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation.

     On February 1, 2008, defendant Hinkel appeared for a detention hearing before the Honorable Patricia V. Trumbull.   At that time, based upon the request of the parties, the Court set the matter for a status hearing, also on March 5, 2008.  The parties stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective

preparation.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February 27, 2008                         JOSEPH P. RUSSONIELLO
                                                 United States Attorney


                                                 _____/s/_____
                                                 EUMI L. CHOI
                                                 Assistant United States Attorney


                                                 _____/s/_____
                                                 NICHOLAS HUMY
                                                 Counsel for Defendant Hinkel


                                                 _____/s/_____
                                                 SCOTT FURSTMAN
                                                 Counsel for Defendant Smith

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 30, 2008 and March 5, 2008 as to defendant Smith is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and, similarly, the time between February 1, 2008 and March 5, 2008 as to defendant Hinkel is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE