JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5079
Facsimile: (408) 535-5066
Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00675 JF |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER EXCLUDING TIME FROM |
| | ) JANUARY 30, 2008 TO MARCH 5, 2008, |
| DAVID HINKEL, and | ) and FEBRUARY 1, 2008 TO MARCH 5, |
| JEFFREY RYAN SMITH, | ) 2008 FROM THE SPEEDY TRIAL ACT |
| | ) CALCULATION (18 U.S.C. § |
| Defendants. | ) 3161(h)(8)(A),(B)) |

On January 30, 2008, defendant Smith appeared for a hearing before the Honorable Patricia V. Trumbull on a writ of habeas corpus issued on January 29, 2008. At that time, the Court set the matter for a status hearing on March 5, 2008. The parties stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation.

On February 1, 2008, defendant Hinkel appeared for a detention hearing before the Honorable Patricia V. Trumbull. At that time, based upon the request of the parties, the Court set the matter for a status hearing, also on March 5, 2008. The parties stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective

preparation.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February 27, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EUMI L. CHOI
Assistant United States Attorney

_____/s/_____
NICHOLAS HUMY
Counsel for Defendant Hinkel

_____/s/_____
SCOTT FURSTMAN
Counsel for Defendant Smith

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 30, 2008 and March 5, 2008 as to defendant Smith is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and, similarly, the time between February 1, 2008 and March 5, 2008 as to defendant Hinkel is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 2/29/08

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE