```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  EUMI L. CHOI (WVBN 722)
    Assistant United States Attorney
 5
        150 Almaden Boulevard
 6      San Jose, California 95113
        Telephone: (408) 535-5079
 7      Facsimile:  (408) 535-5066
        Email: Eumi.Choi@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00675 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| | ) | STIPULATION AND ORDER |
| v. | ) | EXCLUDING TIME FROM JANUARY 30, |
| | ) | 2008 TO MARCH 5, 2008 FROM THE |
| JEFFREY RYAN SMITH, | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A), (B)), FILED |
| Defendant. | ) | ON FEBRUARY 27, 2008 |
| | ) | |

   This matter has been recently transferred to the below-signed counsel for the government. A notice of appearance has now been filed. On February 27, 2008, the government erroneously filed a stipulation to exclude time from January 30, 2008 to March 5, 2008 as to defendant Smith. At the time of said filing, it appeared that defendant Smith had appeared in court on January 30, 2008; his co-defendant, David Hinkel, had made an appearance on February 1, 2008, and the Court had ordered both defendant Smith and defendant Hinkel to appear before Judge Fogel on March 5, 2008 for a status hearing. (The stipulation also excluded time from February 1, 2008 to March 5 regarding defendant Hinkel.) Defendant Smith had in fact not appeared before the Court on January 30, 2008; he has been in custody in an unrelated local matter, and,

1  pursuant to a federal arrest warrant, appeared in federal court on February 29, 2008. Due to the
2  unavailability of his counsel, the initial appearance was held on March 3, 2008.
3        The United States thus hereby submits this written request to withdraw the erroneously-
4  filed proposed stipulation, filed on February 27, 2008, and the order granting said stipulation, as
5  to defendant Smith (only).[1]

9  DATED: March 11, 2008      JOSEPH P. RUSSONIELLO
                                          United States Attorney

11                                            _____/s/_____
12                                             EUMI L. CHOI
                                           Assistant United States Attorney

14                                             _____/s/_____
                                           SCOTT FURSTMAN
                                           Counsel for Defendant

---

[1]     The order granting an exclusion of time as requested in the proposed stipulation as to defendant Hinkel should remain in place.

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the request of the government, the Court HEREBY ORDERS that the |
| 3 | proposed stipulation filed on February 27, 2008 to exclude the time between January 30, 2008 |
| 4 | and March 5, 2008 is withdrawn from filing, as well as the order granting said exclusion of time |
| 5 | as to defendant Smith. |
| 6 | IT IS SO ORDERED. |

DATED:

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE