UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: C 07-00675 JF |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF** |
| | ) | **UNITED STATES OF AMERICA'S** |
| v. | ) | **MOTION TO WITHDRAW** |
| | ) | **STIPULATION AND ORDER** |
| JEFFREY RYAN SMITH | ) | **EXCLUDING TIME** |
| | ) | |
| Defendant. | ) | **[Docket No. 62]** |
| _____ | ) | |

On February, 27, 2008, the parties filed a stipulation on behalf of defendants Jeffrey Ryan Smith and David Hinkel seeking to exclude certain time pursuant to the Speedy Trial Act. On February 29, 2008, the court signed the stipulation and order.

On March 11, 2008, plaintiff United States of America filed a motion to withdraw stipulation and order excluding time from January 30, 2008 to March 5, 2008 from the Speedy Trial Act calculation on the grounds that defendant Smith had not appeared before the court on January 30, 2008 as the parties had originally believed. Apparently, defendant Smith had been held on an unrelated local matter and actually appeared in federal court on February 29, 2008.

Plaintiff United States of America moves to withdraw the stipulation and order as it relates to defendant Smith only. Because the present motion seeks only a partial withdrawal of the stipulation, the court finds that a noticed motion is appropriate. Accordingly, plaintiff's motion is denied without prejudice.

Dated: *March 25, 2008*

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*