UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing/Disposition, April 9, 2008
**Case Number:** CR-07-00675-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**   **UNITED STATES OF AMERICA V. DAVID HINKEL, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) David Hinkel |
|  | 2) Jeffrey Smith |
| Attorneys Present: Eumi Choi | Attorneys Present: Nick Humy |
|  | Scott Furstman |

**PROCEEDINGS:**

Further status review/Disposition hearing held. Counsel and defendants are present. Defendant Hinkel is continued to 4/30/08 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.

Defendant Smith pleads guilty to count 1 of the Information. Continued to 6/25/08 at 9:00 a.m. for sentencing.