SCOTT S. FURSTMAN
State Bar No. 76476
510 N. Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile (408) 292-4162

Counsel for Defendant, JEFFREY RYAN SMITH

FILED

2008 JUN 20 A 10: 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY RYAN SMITH,<br><br>Defendant. | Case No. CR07-00675-2-JF<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>Date: June 25, 2008<br>Time: 9:00 A.M. |

The Defendant, Jeffrey Ryan Smith, submits this sentencing Memorandum in anticipation of sentencing currently set for June 25, 2008 at 9:00 A.M. In pertinent part, the defendant requests the Court to impose a sentence consistent with the plea agreement. Pursuant to the plea agreement the parties have agreed that an appropriate sentence in this matter is based upon an adjusted offense level of 10 and restitution of $8,806.19. The presumptive sentencing range is 24-30 months.

Contrary to the agreement of the parties, the probation officer has recommended a sentence based upon a level 14. In pertinent part, probation calculated the defendant's sentencing level based upon a denial of acceptance of responsibility and an additional 2 level adjustment for more than 50 victims pursuant to section USSG 2B1.1(b)(2)(B). The probation

1
DEFENDANT'S SENTENCING MEMORANDUM

officer's denial of acceptance of responsibility is based upon defendant's arrest on a state court matter during the pendency of this case. At time the parties negotiated this disposition and at the time of the entry of the guilty plea, the parties and the Court were aware of the defendant's arrest and state court proceedings. Despite this awareness, the parties have agreed that acceptance of responsibility is appropriate and that only a 2 level increase for number of victims should be applied. Restitution was agreed to in the amount of $8,806.19.

Accordingly, to effectuate the agreement and intent of the parties, it is respectfully requested that the Court impose a sentence consistent with the plea agreement and sentence the defendant based upon an adjusted offense level of 10 with a presumptive sentencing range of 24-30 months and order restitution in the amount of $8,806.19.

Dated: June 19, 2008                             Respectfully submitted,

                                                 _____
                                                 SCOTT S. FURSTMAN
                                                 Attorney for Defendant

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 N. Third Street, San Jose, CA 95112. On June 20, 2008, I served a copy of the document(s) described below:

( )   [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

( )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

( )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By faxing to the following persons:

**DEFENDANT'S SENTENCING MEMORANDUM**

in the manner identified above on those persons listed below:

**Eumi L. Choi**
Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 995113

**Waseem Iqbal, USPO**
280 S. First Street, 106
San Jose, CA 95113

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2008, 2008, at San Jose, California.

Scott S. Furstman