# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgement and Sentencing Hearing, June 25, 2008
**Case Number:** CR-07-00675-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**  **UNITED STATES OF AMERICA V. DAVID HINKEL, ET AL**

| PLAINTIFF | DEFENDANT |
|-----------|-----------|
| United States | 2) Jeffrey Smith |
| Attorneys Present: Eumi Choi | Attorneys Present: Scott Furstman |

---

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 30 months prison on count 1 of the Information; 3 years supervised release; $100.00 special assessment; and $8,806.19 restitution.