JOSEPH P. RUSSIONELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:   (408) 535-5066
   E-Mail: Eumi.Choi@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00675-JF |
| Plaintiff, | |
| v. | JOINT STIPULATION REGARDING RESTITUTION BY JEFFREY RYAN SMITH [AND PROPOSED ORDER] |
| JEFFREY RYAN SMITH, | |
| Defendant. | |

The parties jointly submit this stipulation on the issue of restitution in this case.

On June 23, 2008, defendant appeared before this Court for sentencing, after having earlier pleaded guilty to one count of theft of United States mail in violation of 18 U.S.C. § 1708. Under the plea agreement, the applicable adjusted offense level is level 10. In light of defendant's criminal history of Category 6, defendant thus faced 24-30 months of imprisonment. At sentencing, the Court ordered 30 months' incarceration.

Also at sentencing, based upon the agreement of the parties as reflected in the plea agreement, restitution was ordered in the amount of $8,806.19.[1] The probation officer, however,

---

[1] Sentencing also imposed other requirements of defendant not at issue here.

PROPOSED RESTITUTION STIPULATION
CR 07-00773-RMW

1  had disagreed with the parties' calculation of restitution, concluding and recommending to the
2  Court that the correct amount of restitution to be made by defendant is $9,281.03 for four
3  specific individuals as follows: $383.18 to Richard Oubre; $154.69 to Jopit Roldan; $1,947.60 to
4  Lee Pimental; and $6,795.56 to Scott Burke.

5  Having further reviewed and discussed the restitution issue following sentencing, the parties
6  hereby advise the Court that they agree to the probation officer's calculation of restitution – the
7  total amount of $9,281.03, and the specific amounts which each victim should receive from
8  defendant as described in the above paragraph.  Also, as recommended by the probation officer
9  (see Sentencing Recommendation at 5), during his incarceration, defendant should make
10 restitution at the rate of not less than $25.00 per quarter, and payment shall be through the
11 Bureau of Prisons Inmate Financial Responsibility Financial Program.  Applicable restitution
12 payments thereafter shall be made to the Clerk of the United States District Court, to the
13 attention of the Financial Unit, 450 Golden Gate Avenue, Box 36060, San Francisco, California
14 94102 in minimum monthly payments of $150.00.

15 The parties stipulate and agree to the foregoing, and urge the Court to adopt the foregoing
16 restitution.

17 So stipulated.

18                                             JOSEPH P. RUSSONIELLO
                                                United States Attorney
19
                                                         /S/
20                                              _____
                                                EUMI L. CHOI
21                                              Assistant United States Attorney

22
                                                         /S/
23                                              _____
                                                SCOTT FURSTMAN, ESQ.
24                                              Attorney for defendant

PROPOSED RESTITUTION STIPULATION
CR 07-00773-RMW                                  2

**ORDER**

IT IS SO ORDERED.

Upon good cause shown, and in light of the stipulation of the parties, the Court concludes that defendant Jeffrey Ryan Smith is responsible for restitution in the foregoing amounts. The restitution ordered at sentencing on June 23, 2008 is hereby amended.

Dated: July ___, 2008

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

1  ,

PROPOSED RESTITUTION STIPULATION
CR 07-00773-RMW                4