SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JEFFREY RYAN SMITH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00675-JF |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| JEFFREY RYAN SMITH, | |
| Defendant. | |

    Good cause appearing and the parties having stipulated thereto, it is ordered that the the hearing on Defendant's Motion for Modification of Sentence in the above entitled matter is continued to from September 30, 2009 to October 14, 2009 at 9:00 A.M.

    It is so ordered.

Dated: September 30 , 2009

_____
JEREMY FOGEL
United States District Judge

1
**[PROPOSED] ORDER RE:STIPULATION FOR CONTINUANCE**

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On September 29, 2009 I served a copy of the document(s) described below:

( X ) [BY MAIL] By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

( ) [BY OVERNIGHT DELIVERY] By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

( ) [BY HAND DELIVERY] By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( ) [BY FACSIMILE TRANSMISSION] By consigning such copy to a facsimile operator for transmittal.

## [PROPOSED] ORDER

in the manner identified above on those persons listed below:

**Eumi Choi**
**Assistant U.S. Attorney**
**150 Almaden Blvd., Suite 900**
**San Jose, CA  95113**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2009 at San Jose, California.

/s/ Scott S. Furstman

_____
Scott S. Furstman